**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>MARIA LETICIA PEREZ BARRERA,<br>   AKA LETICIA KAUR PANESAR,<br><br>                Defendant. | Case No.: 18CR3310-GPC<br><br>**ORDER AND JUDGMENT TO DISMISS WITH PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case against defendant MARIA LETICIA PEREZ BARRERA, AKA LETICIA KAUR PANESAR be dismissed with prejudice.

IT IS SO ORDERED.

Dated: September 25, 2018

                                                      _____
                                                      Hon. Gonzalo P. Curiel
                                                      United States District Judge